AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT
## Eastern District of California

Mark Gallegos,

                     Plaintiff,

       v.

Jo Anne B. Barnhart,
Commissioner of Social Security

                 Defendant.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 06 AT 00025

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✗  GRANTED

✗ The clerk is directed to file the complaint.

✗ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this 24th day of January , 2006.

_____/s/ Dennis L. Beck_____
Signature of Judge

_U.S. Magistrate Judge_____
Name and Title of Judge

Dockets.Justia.com