# UNITED STATES DISTRICT COURT
## Eastern District of California

Mark Gallegos,

        Plaintiff,

  v.

Jo Anne B. Barnhart,
Commissioner of Social Security

        Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 06 AT 00025

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✗ GRANTED

✗ The clerk is directed to file the complaint.

✗ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 24th day of January, 2006.

                                              /s/ Dennis L. Beck
                                              Signature of Judge

                                              U.S. Magistrate Judge
                                              Name and Title of Judge