Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

FILED
SEP 2 1 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GALLEGOS,<br>    Plaintiff,<br>v.<br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No.: 1:06-CV-0078 SMS<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including September 25, 2006, in which to file his opening brief; and that all other deadlines set forth in the January 25, 2005 Case Management Order shall be extended accordingly.

Sept. 21, 2006

SM SNYDER
U.S. Magistrate Judge

-1-